UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

CLEVELAND SCHOOL DISTRICT                                                                    PLAINTIFF

V.                                                                    CIVIL ACTION NO. 4:20-CV-015-SA-RP

ARGONAUT GREAT CENTRAL
INSURANCE COMPANY, et al                                                                  DEFENDANTS

ORDER OF RECUSAL

The above styled and numbered case was assigned to Chief United States District Judge Sharion Aycock on January 29, 2020. Judge Aycock, on her own motion, hereby RECUSES herself from this cause.

It is hereby ORDERED that the Clerk of the Court is directed to transfer and re-assign this cause to another United States District Judge.

This, the 30th day of January, 2020.

                                                              /s/ Sharion Aycock
                                                            UNITED STATES DISTRICT JUDGE