UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| **Cleveland School District,**<br><br>                Plaintiff;<br><br>v.<br><br>**Argonaut Great Central Insurance Company, RSUI Indemnity Company, and The Travelers Indemnity Company,**<br><br>                Defendants. | Civil Action No.<br>4:20-CV-00015-DMB-RP<br><br>**Travelers' Notice of Service** |

The Travelers Indemnity Company has served the following to Plaintiff Cleveland School District and retains the originals according to local rules:

*Travelers' Fourth Supplemental Rule 26(a) Initial Prediscovery Disclosures*.

|  |  |
|---|---|
| Dated: 10/23/20 | Respectfully submitted,<br><br>**Defendant The Travelers Indemnity Company**<br><br>Dale G. Russell (MSB #10837)<br>Blake D. Smith (MSB #103255)<br>L. Dillon King (MSB #105700)<br>COPELAND, COOK, TAYLOR & BUSH, P.A.<br>600 Concourse, Suite 200<br>1076 Highland Colony Parkway (39157)<br>Post Office Box 6020<br>Ridgeland, Mississippi 39158<br>T+601.856.7200 F+601.856.7626<br>drussell@cctb.com<br>bsmith@cctb.com<br>dking@cctb.com<br>*Attorneys for Travelers* |