**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**CLEVELAND SCHOOL DISTRICT**                                                              **PLAINTIFF**

**VERSUS**                                                              **CASE NO. 4:20-cv-00015-SA-RP**

**ARGONAUT GREAT CENTRAL
INSURANCE COMPANY, RSUI
INDEMNITY COMPANY, AND
THE TRAVELERS INDEMNITY COMPANY**                          **DEFENDANTS**

## NOTICE OF SERVICE

**NOTICE IS HEREBY GIVEN** that Defendant, RSUI Indemnity Company ("RSUI" or "Defendant"), by and through its attorneys of record at Galloway, Johnson, Tompkins, Burr & Smith, has this date served in the above entitled action the following:

**RSUI INDEMNITY COMPANY'S FIRST SUPPLEMENTAL ANSWERS TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

Counsel for Defendants retains the originals as custodian thereof.

Respectfully submitted, this 25th day of November, 2020.

                                            RSUI INDEMNITY COMPANY

                              By:    */s/ Kathryn Platt*
                                            KATHRYN BREARD PLATT (MSB# 102141)
                                            GALLOWAY, JOHNSON, TOMPKINS,
                                              BURR & SMITH
                                            2510 14th Street, Suite 910
                                            Gulfport, MS 39501
                                            Telephone: (228) 214-4250
                                            Facsimile: (228) 214-9650
                                            Email: kplatt@gallowaylawfirm.com

                                            -And-

                                            FREDERICK W. SWAIM III (PHV, LA#28242)
                                            GALLOWAY, JOHNSON, TOMPKINS,
                                            BURR & SMITH

701 Poydras Street, 40th Floor
New Orleans, Louisiana 70139
Telephone: (504) 525-6802
Facsimile: (504) 525-2456
Email: fswaim@gallowaylawfirm.com
*Attorneys for Defendant, RSUI Indemnity Company*

## CERTIFICATE OF SERVICE

I, Kathryn Breard Platt, one of the attorneys for Defendant, RSUI Indemnity Company, do hereby certify that I have this date served the above and foregoing *Notice of Service* upon all counsel of record and interested persons via the Court's ECF filing system.

So certified, this 25th day of November, 2020.

/s/ Kathryn Platt
KATHRYN BREARD PLATT (#102141)