# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**CLEVELAND SCHOOL DISTRICT**                                      **PLAINTIFF**

**V.**                                      **CIVIL ACTION NO.: 4:20-CV-015-DMB-RP**

**ARGONAUT GREAT CENTRAL**
**INSURANCE COMPANY, RSUI**
**INDEMNITY COMPANY, and**
**THE TRAVELERS INDEMNITY**
**COMPANY**                                                                **DEFENDANTS**

## NOTICE OF SERVICE

Notice is hereby given that Plaintiff Cleveland School District by and through its undersigned counsel, served on January 15, 2021, the following documents to all known counsel of record:

1. Plaintiff's Responses to Travelers' First Set of Interrogatories;

2. Plaintiff's Responses to Travelers' First Requests for Production; and

3. Plaintiff's Responses to Travelers' First Requests for Admissions.

Respectfully submitted, this the 19th day of January, 2021.

                                                   */s/ Kate Margolis*
                                                   ALEX PURVIS (MBN 100673)
                                                   KATE MARGOLIS (MBN 99625)

                                                   *ATTORNEYS FOR CLEVELAND SCHOOL DISTRICT*

**OF COUNSEL**

Bradley Arant Boult Cummings LLP
Suite 1000, One Jackson Place
188 East Capitol Street
PO Box 1789
Jackson, MS 39215-1789
Telephone: (601) 948-8000
Facsimile: (601) 948-3000
apurvis@bradley.com
kmargolis@bradley.com

## CERTIFICATE OF SERVICE

     I hereby certify that on January 19, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the all counsel of record.

                                            *s/Kate Margolis*
                                            Kate Margolis