### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### GREENVILLE DIVISION

**CLEVELAND SCHOOL DISTRICT**                                                **PLAINTIFF**

**V.**                                                                       **NO. 4:20-CV-15-DMB-RP**

**ARGONAUT GREAT CENTRAL
INSURANCE COMPANY, et al.**                                                  **DEFENDANTS**

### ORDER

On November 11, 2021, the parties jointly moved for the entry of "a final judgment of dismissal with prejudice as to Cleveland[ School District]'s claims."  Doc. #233.  As cause, the parties represent that the School District reached a settlement with all defendants and that "[a]s a condition of the settlements, [the School District] agreed to dismiss the parties with prejudice." *Id.* at 1.

Federal Rule of Civil Procedure 41(a)(2) provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."  Because the Court finds dismissal proper here given the settlement of all claims, the motion [233] is **GRANTED**.  The proposed final judgment of dismissal with prejudice submitted by the parties will be signed and entered.

**SO ORDERED**, this 2nd day of November, 2021.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**